1  DARREN T. BRENNER
   Nevada Bar No.  8386
2  LINDSAY DEMAREE
   Nevada Bar No.  11949
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway
4  Suite 600
   Las Vegas, Nevada  89169
5  (702) 949-8200
   (702) 949-8398 (fax)
6
   *Attorneys for Defendant*
7  *Hartford Underwriters Insurance Company*

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11  VIRGINIA HANCOCK,

12                            Plaintiff,          Case No.:  2:12-cv01622-PMP-CWH

13  vs.                                           **STIPULATION AND ORDER OF
                                                  DISMISSAL WITH PREJUDICE**
14  HARTFORD UNDERWRITERS
    INSURANCE COMPANY and DOE
15  CORPORATIONS I through X, inclusive

16                            Defendants.

17        IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Virginia

18  Hancock and defendant Hartford Underwriters Insurance Company, through their respective

19  counsel of record, that the above-captioned action be dismissed with prejudice.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Each party to bear their own fees and costs.

2

3    G. DALLAS HORTON & ASSOCIATES            LEWIS AND ROCA LLP

4

5    BY: _____              BY: _Lindsay Demaree_____
         G. Dallas Horton                         Darren T. Brenner
6        Nevada Bar No. 5996                      Nevada Bar No. 8386
         Christian A. Smith                       Lindsay Demaree
7        Nevada Bar No. 8266                      Nevada Bar No. 11949
         4435 South Eastern Avenue                3993 Howard Hughes Pkwy., Ste. 600
8        Las Vegas NV 89119                       Las Vegas, Nevada   89109
         *Attorneys for Plaintiff*                *Attorneys for Defendant Harford
9                                                 Underwriters Insurance Company*

10

11

12                                       **ORDER**

13
         **IT IS SO ORDERED.**
14

15       _Philip M. Pro_____

16       _____
         **UNITED STATES DISTRICT COURT JUDGE**
17       Dated: __January 30, 2013._____

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

1862692.1