1  DARREN T. BRENNER
   Nevada Bar No. 8386
2  LINDSAY DEMAREE
   Nevada Bar No. 11949
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway
4  Suite 600
   Las Vegas, Nevada 89169
5  (702) 949-8200
   (702) 949-8398 (fax)
6
7  *Attorneys for Defendant*
   *Hartford Underwriters Insurance Company*

8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VIRGINIA HANCOCK,<br><br>            Plaintiff,<br><br>vs.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY and DOE CORPORATIONS I through X, inclusive<br><br>            Defendants. | Case No.: 2:12-cv01622-PMP-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Virginia Hancock and defendant Hartford Underwriters Insurance Company, through their respective counsel of record, that the above-captioned action be dismissed with prejudice.

///

///

///

///

///

///

///

///

///

Each party to bear their own fees and costs.

| | |
|---|---|
| G. DALLAS HORTON & ASSOCIATES | LEWIS AND ROCA LLP |
| BY: /s/ G. Dallas Horton | BY: /s/ Lindsay Demaree |
| G. Dallas Horton<br>Nevada Bar No. 5996<br>Christian A. Smith<br>Nevada Bar No. 8266<br>4435 South Eastern Avenue<br>Las Vegas NV 89119<br>*Attorneys for Plaintiff* | Darren T. Brenner<br>Nevada Bar No. 8386<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, Nevada 89109<br>*Attorneys for Defendant Harford Underwriters Insurance Company* |

## ORDER

**IT IS SO ORDERED.**

/s/ Philip M. Pro

**UNITED STATES DISTRICT COURT JUDGE**

Dated: January 30, 2013.